UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

MARYANNE PIZZA-DENNIS,                    :

                       Plaintiff,                    :

          -against-                    :

EMM GROUP HOLDINGS, LLC, et al.,         :

                Defendants.             :

------------------------------------------------------ x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 1/29/16

**ORDER**

15cv5291-FM

**FRANK MAAS,** United States Magistrate Judge.

      The Court having assisted the parties in arriving at a settlement that both

sides consider fair and equitable; and

      The Court having considered the terms of that proposed settlement, and

having also found that said terms are fair and reasonable; and

      The parties having consented to my exercise of jurisdiction over this matter

over all purposes pursuant to 28 U.S.C. § 636(c); it is hereby

      ORDERED that the settlement is approved, and this action is dismissed

with prejudice and without costs, but the plaintiff shall have the right to restore the

matter to the Court's calendar by letter application, provided such application is made by

February 19, 2016.

SO ORDERED.

Dated:      New York, New York
            January 29, 2016

_____
FRANK MAAS
United States Magistrate Judge


Copies to all counsel via ECF

2